IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chatman, James | Case Number: 04 B 30958 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/23/07 | Filed: 8/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 11, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,267.12 | |
| Secured: | | 4,700.45 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 366.67 |
| Other Funds: | | 0.00 |
| Totals: | 7,267.12 | 7,267.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,200.00 | 2,200.00 |
| 2. | Household Automotive Finance Corp | Secured | 10,367.67 | 4,700.45 |
| 3. | Nicor Gas | Unsecured | 48.56 | 0.00 |
| 4. | Household Automotive Finance Corp | Unsecured | 988.72 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 88.75 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 57.20 | 0.00 |
| 7. | Schottler & Zukosky | Priority | | No Claim Filed |
| 8. | Professional Account Management | Unsecured | | No Claim Filed |
| | | | $ 13,750.90 | $ 6,900.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 65.44 |
| 4% | 26.36 |
| 3% | 23.06 |
| 5.5% | 114.77 |
| 5% | 32.94 |
| 4.8% | 68.52 |
| 5.4% | 35.58 |
| | $ 366.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Chatman, James

Printed: 10/23/07

Case Number:  04 B 30958
Judge:  Goldgar, A. Benjamin
Filed:  8/19/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_